IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

PENNY VETETOE,                                )
                                              )
        Plaintiff,                            )
                                              )      No. 3:13-cv-00008
v.                                            )
                                              )      Judge Nixon
CAROLYN W. COLVIN,                            )      Magistrate Judge Brown
Acting Commissioner of Social Security,       )
                                              )
        Defendant.                            )

## ORDER

Pending before the Court is Plaintiff Penny Vetetoe's Motion for Judgment on the

Administrative Record ("Motion") (Doc. No. 14), filed with a Brief in Support (Doc. No. 14-1).

Defendant Commissioner of Social Security filed a Response opposing the Motion (Doc. No.

15), to which Plaintiff filed a Reply (Doc. No. 16-1). Subsequently, Magistrate Judge Brown

issued a Report and Recommendation ("Report") recommending that the Motion be denied.

(Doc. No. 19 at 33.) The Report was filed on July 22, 2014, and provided a period of fourteen

days in which either party could file an objection. (*Id.*) Neither party has filed an objection to

date.

        Upon review of this matter, the Court finds the Report to be well-founded and **ADOPTS**

it in its entirety. Accordingly, the Court hereby **DENIES** Plaintiff's Motion and **AFFIRMS** the

decision of the Commissioner. The Clerk of the Court is **DIRECTED** to close the case.

        It is so ORDERED.

Entered this the 15 day of August, 2014.

_____
JOHN T. NIXON, SENIOR JUDGE
UNITED STATES DISTRICT COURT